**Opinion issued September 17, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00192-CV

———————————

**KEITO THOMAS HURD AND DAWN CAMELIA HURD, Appellants**

**V.**

**TIDEWATER FINANCE COMPANY, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Case No. 11-CCV-046853**

---

## MEMORANDUM OPINION

Appellants, Keito Thomas Hurd and Dawn Camelia Hurd, have filed an unopposed motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.